AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| BRIAN TOTIN | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-CV-6013 |
| METROPOLITAN PROPERTY GROUP, INC., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Metropolitan Property Group, Inc., Sami Katri and Charles Munroe

Date: 07/30/2019

*Attorney's signature*

Warren Holland  5115811
*Printed name and bar number*

121 South Broad Street, Suite 1600
Philadelphia, PA 19107

*Address*

wholland@gmrlawfirm.com
*E-mail address*

(215) 735-3994
*Telephone number*

(215) 735-1133
*FAX number*