USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRIAN TOTIN,

Plaintiff,

vs.

METROPOLITAN PROPERTY GROUP INC., SAMI KATRI and CHARLES MUNROE,

Defendants.

**STIPULATION OF DISCONTINUANCE**

CIVIL ACTION:
Docket No.: 1:19-cv-06013-LGS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff, BRIAN TOTIN, and Defendants, METROPOLITAN PROPERTY GROUP INC., SAMI KATRI and CHARLES MUNROE, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action that all claims asserted by the Plaintiff in the above captioned matter shall be discontinued with prejudice and without costs. This stipulation may be filed without further notice with the clerk of the court and executed in counterpart.

Dated: New York, New York
December 2, 2019

Nicholas Loaknauth

Nicholas Loaknauth, Esq.
LAW OFFICE OF NICHOLAS LOAKNAUTH, P.C.
*Attorneys for Plaintiff*
1460 Broadway
New York, New York 10036
(212) 641-0745

Samantha Pullman, Esq.
GOLDBERG, MILLER & RUBIN, P.C.
*Attorneys for Defendants*
60 East 42nd Street, Suite 520
New York, New York 10165
(646) 863-1531

SO ORDERED. The Clerk of Court is respectfully directed to close this case.
Dated: December 16, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE